# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANE DAIGLE, and** <br> **DHD OFFSHORE SERVICES** | **CIVIL ACTION NO:** |
| **VERSUS** | **DISTRICT JUDGE** <br> **HON.** |
| **THE CITY OF MORGAN CITY** <br> **A MUNICIPALITY OF** <br> **THE STATE OF LOUISIANA** | **MAGISTRATE JUDGE** <br> **HON.** |

## Verification

State of Louisiana

Parish of St. Mary

### Declaration of Dane Daigle

1. My name is Dane Daigle. I am an adult domiciliary of the parish of St. Mary, Louisiana.

2. I am a plaintiff in this case.

3. My position in DHD Offshore is Managing Member.

4. I have read the foregoing Verified Complaint for accuracy and all the facts stated in it are true and correct.

5. I declare under penalty of perjury that the foregoing is true and correct.

6. Executed on the following date: _5/4/2023_____

*[Signature: Dane Daigle, DocuSigned, 9BEC1D5A2C55430]*

Dane Daigle