Sec. 126-157. - General restrictions.

The following regulations shall apply to signs in all zoning districts of the city unless otherwise provided for elsewhere in this article:

(1) No sign shall be erected as to prevent free ingress or egress from any door, window or fire escape; and no sign of any kind shall be attached to or impede access to a standpipe, fire escape or sprinkler system.

(2) No sign shall be erected on public property at any time or at the intersection of any streets in such manner as to obstruct free and clear vision or at any location where, by reason of position, it may interfere with or obstruct the view of traffic sight lines or traffic control devices. However, where allowed in the zoned district, a sign is permitted at a street intersection provided the pole on which it is mounted does not exceed 12 inches in diameter, the sign is set back at least five feet from the property lines fronting on the respective street and provided further that the lowest extremity of the sign is at least 15 feet above ground level. The signpost or base may exceed 12 inches in diameter depending upon the setback location and must be approved by the building department.

(3) Lighting devices on signs may extend not more than 72 inches over public or private property provided the lowest part of such device is at least 15 feet above the finished grade.

(4) Projecting signs may extend not more than 72 inches over public or private property but in no event closer than one foot from the curblines, and the bottom of which shall be at least ten feet above the finished grade of the sidewalk. For the purposes of this article, any sign hanging from a projecting roof shall be considered a projecting sign and shall be limited to a maximum length of six feet; however, such sign shall not exceed the bounds of the roof projection.

(5) The illumination of any sign within 50 feet of and facing a residential district line shall be diffused or indirect and designed to prevent direct rays of light from shining into adjoining residential districts. Neon signs and plastic-faced signs with interior lighting are considered diffused or indirectly lighted signs. In no event shall flashing or intermittent illumination be permitted where the sign faces directly into and is nearer than 300 feet to dwellings in a residential district.

(6) Temporary signs:

   a. Temporary signs indicating an event of public interest, such as a state or local fair, a cattle or horse show, etc., may be erected with size restrictions limited to the district in which the temporary signs are located.

   b.

**Exhibit A**

Temporary signs for the purpose of advertising political candidates or issues, for which an election date has been legally established, shall be permitted in all zoned districts. In districts zoned residential and business, such signs shall not exceed 48 inches by 48 inches, and shall not be displayed earlier than 60 days prior to the date of the election. All such signs shall be removed within 48 hours after they are no longer valid and shall be exempt from permit fees and deposit requirements.

- c. Temporary signs no larger than two feet by two feet advertising seasonal sales of fresh produce or seafood products in connection with a home or cottage business may be erected. Garage sale signs in a residential district shall be allowed but shall be no larger than 24 inches by 24 inches. These signs are exempt from permit fees.
- d. Real estate sales signs used for the sale or lease of property by legitimate real estate sales businesses may be placed on neutral ground property for the duration of the sale and shall be removed once the property is sold or leased. Signs shall be at least five feet from the street curb. Such signs may not be placed [so] as to obstruct free and clear vision of any traffic on roadways or entrance/exit drives. Signs in residential areas shall be no larger than 24 inches by 24 inches. Signs in commercial, business or industrial districts shall be no larger than 48 inches by 48 inches. The sign must be made of typical quality sign material such as cor-plas, wood, etc., and shall not be buried in such a manner [as] to jeopardize utility services.
- e. Garage, yard, or any other type of personal items "for sale" signs are allowed to be placed on neutral ground and public ground areas 24 hours prior to said sale and shall be removed immediately after sale is over. Any sign that is found to be left abandoned will be picked up by the city, and the property owner of the sale will be charged a $25.00 fee per sign up to four signs.

(7)　Whenever a sign becomes structurally unsafe or endangers the safety of a business or premises, or endangers the public safety, the building inspector or zoning director shall give written notice to the owners of the sign or the owner of the premises on which the sign is located that such sign be made safe or removed within ten days.

(8)　Any business or outdoor advertising sign legally existing prior to August 20, 1985, and which does not conform to these provisions shall not be altered or changed in overall dimensions except to conform to the provisions of this article. If damages occur to an extent in excess of half its current replacement value, it shall not be rebuilt; provided, that nothing contained in this subsection shall be construed to prevent normal maintenance and repairs, repainting or posting of such signs or structures.

(9)　All business and advertising signs must be attached to or located on private property. Temporary business use signs are limited to four per business and are subject to permitting as per the district use regulations.

(10) To provide reasonable flexibility in these regulations, the board of adjustment may approve an application for a sign which may not conform with the provisions of the zoning district in which it is located, where the location, size or addition would not be inconsistent with the character of the area or neighborhood in which such sign or structure is to be located.

(11) No revolving and/or flashing device or sign of any kind or color is permitted which may be mistaken for that of a police car, ambulance or other emergency vehicle.

(12) If located within direct vision of traffic control devices, no flashing or intermittent red, green or amber illumination shall be used.

(13) Business use of temporary signs shall be allowed only to indicate an event, activity, product sale or other business use which is temporary in nature. Such signs will not be illuminated or flashing and may be used in an area only where business signs are permitted. A permit fee per sign will be required and the time limit for use of a temporary sign shall be 30 days; the fee being as prescribed by section 126-166.

(14) All signs must be constructed of material normally used in construction of signs, including but not limited to bricks, masonry, stone, pipes, tubing, plastic and other recognized building materials. All nonrecognizable building materials, including but not limited to vehicles, vehicular parts, appliances, plumbing fixtures and boats, are prohibited.

(15) External lighting, such as floodlights, thin line and gooseneck reflectors, are permitted, provided the light source is directed on the face of the sign and is effectively shielded so as to prevent beams or rays of light from being directed into any portion of a traveled way.

(16) Signs which are obsolete signs, not meeting construction standards, out-of-date political signs, signs advertising defunct businesses, signs that are temporary or mobile in nature, except as allowed in this section, and those which have been erected without a building permit are prohibited.

(17) Signs which are illegal under state law or regulations are prohibited.

(18) Signs which are erected or maintained upon trees or painted or drawn upon rocks or other natural features are prohibited.

(19) No sign shall be erected within, or extend upon, into or over a public utility easement. No sign shall be attached in any manner to any public property.

(Code 1961, § 19-41; Ord. No. 07-10, § 1, 9-25-2007)